name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Martoche, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Mar. 27, 2008.)

■ In the Matter of LOIS REITZ, an Attorney, Resignor. [855 NYS2d 383]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Martoche, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Mar. 24, 2008.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL P. BOYKINS, Appellant. [855 NYS2d 410]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Lunn and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK E. WALKER, Appellant. [855 NYS2d 408]—Motion for writ of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal that would have resulted in reversal, specifically, in failing to argue that he had been deprived of his right to be present at his *Sandoval* hearing. Upon our review of the trial court proceedings, we conclude that the issue may have merit. Therefore, the order of March 15, 2002 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to perfect his appeal on or before July 25, 2008. Present—Scudder, P.J., Centra, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD F. MILLS, Appellant. [855 NYS2d 410]—Motions for writ of error coram nobis denied. Present—Hurlbutt, J.P., Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO O. ROMAN, Appellant. (Appeal No. 1.) [855 NYS2d 410]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO O. ROMAN, Appellant. (Appeal No. 2.) [855 NYS2d 411]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [855 NYS2d 410]—Motion for reargument and reconsideration denied. Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.